158

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAROLD HARRISON, Defendant-Appellant.

(No. 58049; )

First District (5th Division)—February 16, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Edward A. Ptacek, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Michael Simkin, Assistant State's Attorney, of counsel,) for the People.

LA SALLE NATIONAL BANK, as Trustee under a certain Trust Agreement, *et al.,* Plaintiffs-Appellees, *v.* THE CITY OF EVANSTON, Defendant-Appellant.

(No. 55317; )

First District (3rd Division)—December 28, 1972.

*Modified upon denial of rehearing March 15, 1973.*